IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FINISHMASTER, INC. and AXALTA COATING SYSTEMS, LLC**, <br><br> *Plaintiffs* <br><br> v. <br><br> **BARBER'S BODY SHOP, INC and CHARLES BARBER,** <br><br> *Defendants* | Case No. 2:19-cv-0516-JDW |

## ORDER

**AND NOW**, this 11th day of March, 2020, upon consideration of Plaintiffs' Motion For Attorneys' Fees and Costs (ECF No. 31), and for the reasons set forth in the Court's accompanying Memorandum, the Court **ORDERS** as follows:

1. Plaintiffs' Motion For Attorneys' Fees and Costs (ECF No. 31) is **GRANTED**;

2. Defendants are ordered to pay Plaintiffs the sum of Thirty-Three Thousand Three Hundred One dollars and Seventy-Two cents ($33,301.72) in attorneys' fees and costs; and

3. The Clerk of Court shall close this case for statistical purposes.

                                        **BY THE COURT:**

                                        */s/ Joshua D. Wolson*
                                        JOSHUA D. WOLSON, J.